Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel. (707) 571-8600
Fax (707) 676-9112

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: **Lance Thomas Libatique**
**Roditha Aguirre Libatique**

Case No.: **09-41624**

Chapter: **13**

Debtors

# NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

*A separate notice must be filed in each case and proceeding*

Evan Martyndale Livingstone, Esq., attorney for the debtor in the above captioned case hereby gives notice of the following changes of mailing address and telephone number:

CHANGE OF MAILING ADDRESS
Old mailing address: 719 Orchard St, Santa Rosa, CA 95404
New mailing address: 182 Farmer's Lane 100A, Santa Rosa, CA 95405
Date of the change: April 29, 2009

CHANGE OF TELEPHONE NUMBER
Old telephone number: (707) 526-7749
New telephone number: (707) 571-8600
Date of the change: April 29, 2009

Date: April 29, 2009

*Evan Livingstone*

Evan Martyndale Livingstone
Attorney for Debtor